# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDRE THOMAS

NO. 2023 KW 0007

**FEBRUARY 27, 2023**

---

In Re:     State of Louisiana, applying for supervisory writs,
           19th Judicial District Court, Parish of East Baton
           Rouge, No. 04-18-0599.

---

**BEFORE:     McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

    **WRIT DENIED.**

                        **PMc**
                        **GH**
                        **HG**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT